**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMANUEL DELACRUZ, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

JUNK KING FRANCHISE SYSTEMS, INC.,
Defendant.

Case No. 1:18-cv-07406-AJN
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

FEB 0 8 2019

 

PLEASE TAKE NOTICE, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Brooklyn, New York
        February 7, 2019

SO ORDERED: 2/8/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:   (929) 575-4195
Email: Joseph@cml.legal
*Attorneys for Plaintiff*